1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   LA MERLE RONNIE JOHNSON,      )     No. C 02-05309 JSW
                                  )
9              Petitioner,        )     (Proposed) **ORDER**
                                  )
10                                )
    v.                            )
11                                )
    MIKE KNOWLES,                 )
12                                )
               Respondent.        )
13   _____)

14

15      **FOR GOOD CAUSE SHOWN**, the filing date of the joint status

16   report is hereby stayed until this Court determines whether

17   counsel is to be appointed to represent petitioner in subsequent

     proceedings in the United States District Court on this matter,

18   pursuant to 28 U.S.C. section 2254(h), or whether petitioner is

19   to proceed pro-se.

20   Petitioner shall update the Court on status when known, and, in any event, shall submit
     status report no later than October 7, 2005.

21

22   **IT IS SO ORDERED.**

23   Dated: June 30, 2005

24                                   /s/ Jeffrey S. White
                                   _____
                                   JEFFERY S. WHITE
25                                 UNITED STATES DISTRICT JUDGE

26

27

28